UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

GEORGE FRANCIS, IN HIS OWN RIGHT AND AS
ADMINISTRATOR OF THE ESTATE OF SHEREESE
FRANCIS, DECEASED, ELEEN FRANCIS, SHAUNA
FRANCIS,

                                       Plaintiffs,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT, POLICE OFFICER ELIO PONZO,
POLICE OFFICER JOSEPH TOMEO, POLICE OFFICER
MICHAEL BOYLE, POLICE OFFICER WILLIAM
CLEMENS, POLICE OFFICER EDISON JARAMILLO,
POLICE OFFICER F/N/U BARRETT, POLICE OFFICER
F/N/U YOON, NYPD SGT. F/N/U MCKOY,  POLICE
OFFICERS JOHN DOE 1-10, POLICE OFFICERS JANE
DOE 1-10, NYPD SUPERVISORY OFFICERS RICHARD
ROE 1-10,,

                                       Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

13-CV-505 (FB) (JO)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

STEVE VACCARO
*Attorney for Plaintiffs*
225 Broadway, 13th Floor
New York, N.Y. 10007

By: _____
Steve Vaccaro
*Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, New York City Police Department, Ponzo, Tomeo, Clemens, Jaramillo, McKoy, Boyle, Barrett and Yoon*
100 Church Street, Rm. 3-221
New York, New York 10007

By: _____
Sumit Sud
*Senior Counsel*

SO ORDERED:

Dated: New York, New York
       _____, 2014

HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE